PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

### Report on Offender Under Supervision

FILED
JAMES BONINI
CLERK

'05 JUL 27 PM 2: 32

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Name of Offender: **Ronald Chambers**       Case Number: **1:00CR00085**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
    **Chief United States District Judge**

Date of Original Sentence: **February 19, 2002**

Original Offense: **Fraud**

Original Sentence: **24 month(s) prison, 36 month(s) supervised release**

Type of Supervision: **Term Of Supv Rel**      Date Supervision Commenced: **October 3, 2002**

---

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | FAILURE TO PAY RESTITUTION: |
| | THE DEFENDANT WAS ORDERED TO PAY RESTITUTION IN THE AMOUNT OF $1,190,466.83, AND HIS SUPERVISION IS SCHEDULED TO EXPIRE ON 10-02-05. |

U.S. Probation Officer Action:

I AM RECOMMENDING THAT NO ACTION BE TAKEN, AND THAT THE CASE EXPIRE WITH A RESTITUTION BALANCE OF $754,229.19. HE HAS NOT BEEN ABLE TO MAKE ANY PAYMENTS SINCE 7-9-05, AT WHICH TIME HE PAID $1,000.00 TOWARD HIS RESTITUTION. MR CHAMBERS DOES NOT HAVE FULL-TIME EMPLOYMENT, HOWEVER, VERITAS CONSULTING INC. HAS COMMISSIONED HIM AS A CONSULTANT TO THE CORPORATION TO ASCERTAIN AND ASSIST IN THE NEGOTIATIONS AND ACQUISITIONS OF THEIR CLIENTS. IN LIEU OF INCOME, THE DEFENDANT HAS BEEN GIVEN USE OF AN APARTMENT. THE DEFENDANT CLAIMS THAT HIS MEALS ARE OFTEN COVERED BY FAMILY OR FRIENDS. THEREFORE, THE VICTIM HAS BEEN NOTIFIED OF MR CHAMBER'S EXPIRATION DATE, AND HAS BEEN ADVISED THEY MAY BE ABLE TO RECOVER OUTSTANDING

PROB 12A
(12/98)

2

RESTITUTION WITH THE ASSISTANCE OF THE UNITED STATES ATTORNEY'S FINANCIAL LITIGATION UNIT.

Respectfully submitted,

by _____
Lorraine Cooper
U. S. Probation Officer
Date:  July 22, 2005

Approved,

by _____
Supervising U. S. Probation Officer
Date: 7/25/05

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

July 27th, 2005
Date