IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

United States of America,

        Plaintiff,

  vs.                            1:00-CR-085-01

Ronald Chambers,

        Defendant,

ORDER FOR RETURN OF PASSPORT

    It appears to the court that the above case is now closed, therefore the passport held by the Clerk, may be released to the defendant Ronald Chambers.

                                              s/Sandra S. Beckwith
                                              CHIEF UNITED STATES DISTRICT JUDGE